UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**"IN ADMIRALTY"**

| | |
|---|---|
| JOSE RAFAEL SANCHEZ, a Florida resident,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO MARINE INSURANCE COMPANY, a Nebraska company,<br><br>    Defendant. | Case No.: 0:24-cv-60486-AHS |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Jose Rafael Sanchez (hereinafter, "Sanchez"), and Defendant, Geico Marine Insurance Company (hereinafter, "Geico"), pursuant to Local Rule 16.4, hereby notify the Court that the Parties have reached a settlement in this case and have resolved all claims raised therein. The Parties are in the process of finalizing a confidential settlement agreement and will file a Stipulation of Dismissal with the Court upon its completion and execution. The Parties request that the Court retain jurisdiction for a period of thirty (30) days to permit them to finalize their agreement.

| | |
|---|---|
| DAVANT LAW, P.A.<br>*Attorneys for Defendant, Geico Marine Ins.*<br>12 Southeast 7th Street, Suite 601<br>Fort Lauderdale, Florida 33301<br>Office: (954) 414-0400<br>Direct: (954) 414-0404<br>E-mail: csd@davantlaw.com<br>E-mail: mdh@davantlaw.com | FIORILLI LAW GROUP, P.A.<br>*Attorneys for Plaintiff, Jose Rafael Sanchez*<br>3001 West State Road 84, Third Floor<br>Fort Lauderdale, Florida 33312<br>Office: (954) 797-7719<br>Direct: (561) 727-9337<br>E-mail: justin@fiorillilaw.com<br>E-mail: isaiah@fiorillilaw.com |
| */s/ Melaina D. Haisfield*<br>**MELAINA HAISFIELD, ESQ.**<br>FL Bar No. 20933<br>**CHARLES S. DAVANT, ESQ**<br>FL Bar No. 15178 | */s/ Justin S. Fiorilli*<br>**JUSTIN S. FIORILLI, ESQ.**<br>FL Bar No. 111481 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court for the U.S. District Court for the Southern District of Florida using CM/ECF and served on all counsel of record and pro se parties on this 29th day of April, 2024.

    Respectfully submitted,

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481