UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60486-CIV-SINGHAL

JOSE RAFAEL SANCHEZ, a Florida
resident,

      Plaintiffs,

v.

GEICO MARINE INSURANCE COMPANY,
a Nebraska company,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal with Prejudice filed by the parties (DE [14]) on May 16, 2024.  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Court retains jurisdiction to enforce the terms of the settlement agreement.  The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of May 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF